# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YISROEL HOROWITZ,<br><br>Defendant. | CASE NO. 26-cr-10133-LTS |

## ASSENTED TO MOTION FOR RULE 11 HEARING

Defendant, Yisroel Horowitz moves this Court to set a Rule 11 hearing in this matter. Counsel certifies that he has conferred with the government about this motion and the government assents.  The parties are available on Thursday, July 30, 2026 at 9:30 AM.

Dated: July 28, 2026

Respectfully submitted,

JONES WALKER LLP
201 S. Biscayne Blvd.
Thirtieth Floor
Miami, Florida 33131
Telephone: 305-679-5700
Facsimile: 305-679-5710
Email: dweinstein@joneswalker.com
/s/ David S. Weinstein
Florida Bar No. 749214
*Pro Hac Vice Admitted on June 9, 2026*
Attorney for Defendant
Yisroel Horowitz

Nathaniel R. Mendell
(BBO # 645283)
Partner
Morrison Foerster, LLP
John Hancock Tower
200 Clarendon Street, Floor 21
Boston, MA  02116
(617) 648-4795
nmendell@mofo.com
Local and co-counsel for Defendant
Yisroel Horowitz

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(c), I hereby certify that on this 28th day of July, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record by electronic means.

*/s/ David S. Weinstein*
David S. Weinstein

#112152047v1